IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:06-CV-0819 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SARAH J. CARR and STACY S. CARR,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 23rd day of May, 2006, upon consideration of the motion (Doc. 3) "for service by posting property and certified mail," in which plaintiff avers that it has been unable to locate mortgagee-defendants to effect service of the complaint in this case for the foreclosure of the real property located at 775 Company Farm Road, Aspers, Pennsylvania, and it appearing that Pennsylvania law provides for alternative methods for effecting service in *in rem* actions, see FED. R. CIV. P. 4(e) ("[S]ervice upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located . . . ."), and that under the circumstances *sub judice* service may be effected by posting a copy of the original complaint on the property at issue or by sending the complaint by registered mail to the defendant's last-known address, see PA. R. CIV. P. 410(c)(2,3) (governing service in real property actions), see also id. 430 (service pursuant to special order of court), it is hereby ORDERED that:

1. The motion (Doc. 3) "for service by posting property and certified mail" is GRANTED.

2. Plaintiff shall post a copy of the original complaint and summons on the most public part of the property located at 775 Company Farm Road, Aspers, Pennsylvania, 17304.

3. Plaintiff shall send, by certified mail, a copy of the original complaint and summons to defendants' last known address(es).

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge