# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVIL ACTION NO. 1:06-CV-819** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| **v.** : | |
| : | |
| **SARA J. CARR and STACY S. CARR**, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 9th day of January, 2007, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 14) to confirm the November 9, 2006, United States Marshal sale of the foreclosed real property, located at 775 Company Farm Road, Aspers, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to ADAMS COUNTY INTERFAITH HOUSING CORP., their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of SARA J. CARR and STACY S. CARR in and to the premises sold, located at 775 Company Farm Road, Aspers, Pennsylvania 17304. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge